IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARRAY BIOPHARMA INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. _____ |
| | ) | |
| TEVA PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Array BioPharma Inc. ("Plaintiff" or "Array"), for its Complaint against Teva Pharmaceuticals, Inc. ("Defendant" or "Teva"), alleges as follows:

## NATURE OF THE ACTION

1.    This is an action by Plaintiff against Defendant for infringement of United States Patent Nos. 9,562,016 (the "'016 patent"), 9,598,376 (the "'376 patent"), and 9,980,944 (the "'944 patent") (the "Mektovi Patents").

2.    This action arises out of Defendant's submission of Abbreviated New Drug Application ("ANDA") No. 217509 seeking approval by the United States Food and Drug Administration ("FDA") to sell generic copies of Array's MEKTOVI® product prior to the expiration of the Mektovi Patents.

## THE PARTIES

3.    Plaintiff Array is a corporation organized and existing under the laws of Delaware, having a place of business at 3200 Walnut Street, Boulder, Colorado 80301.

4.    On information and belief, Defendant is a corporation organized and existing under the laws of Delaware, having its principal place of business at 400 Interpace Parkway, Suite A1, Parsippany, New Jersey, 07054.

## JURISDICTION AND VENUE

5.      This action arises under the patent laws of the United States, Title 35, United States Code.  The Court has subject matter jurisdiction over this action pursuant to the provisions of 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202.

6.      This Court has personal jurisdiction over Defendant by virtue of the fact that Defendant is a Delaware corporation.

7.      This Court also has personal jurisdiction over Defendant by virtue of the fact that it has committed a tortious act of patent infringement that has led and/or will lead to foreseeable harm and injury to Plaintiff, including in the State of Delaware.  In particular, this suit arises out of Defendant's submission of ANDA No. 217509 seeking FDA approval to sell 15 mg binimetinib tablets ("Teva's ANDA Product") throughout the United States, including in the State of Delaware, prior to the expiration of the Mektovi Patents.

8.      On information and belief, if ANDA No. 217509 is approved, Teva's ANDA Product will, among other things, be marketed and distributed by Defendant in the State of Delaware, prescribed by physicians practicing in the State of Delaware, dispensed by pharmacies located within the State of Delaware, and/or used by patients in the State of Delaware.

9.      Defendant's infringing activities with respect to the submission of ANDA No. 217509 and its intent to commercialize and sell Teva's ANDA Product has led and/or will lead to foreseeable harm and injury to Plaintiff, which is incorporated in the State of Delaware.

10.     Venue is proper in this judicial district pursuant to the provisions of 28 U.S.C. §§ 1391 and 1400(b).

## BACKGROUND

11.     The active ingredient in Array's MEKTOVI® product is binimetinib, a reversible inhibitor of mitogen-activated extracellular signal regulated kinase 1 (MEK1) and MEK2

activity, having the chemical name 5-[(4-bromo-2-fluorophenyl)amino]-4-fluoro-N-(2-hydroxyethoxy)-1-methyl-1H-benzimidazole-6-carboxamide.    The chemical structure of binimetinib is:

12.    The FDA-approved Prescribing Information states that MEKTOVI is indicated, in combination with encorafenib, for the treatment of patients with unresectable or metastatic melanoma with a BRAF V600E or V600K mutation, as detected by an FDA-approved test.

13.    MEKTOVI tablets for oral use contain 15 mg of binimetinib with the following inactive ingredients: lactose monohydrate, microcrystalline cellulose, croscarmellose sodium, magnesium stearate (vegetable source), and colloidal silicon dioxide.    The coating contains polyvinyl alcohol, polyethylene glycol, titanium dioxide, talc, ferric oxide yellow, and ferrosoferric oxide.

**The '016 Patent**

14.    On February 7, 2017, the USPTO issued the '016 patent, titled "Preparation of and Formulation Comprising a MEK Inhibitor."  The '016 patent is duly and legally assigned to Array.  A copy of the '016 patent is Exhibit A hereto.

15.    The '016 patent contains claims directed to crystallized binimetinib and pharmaceutical compositions comprising crystallized binimetinib.

**The '376 Patent**

16.     On March 21, 2017, the USPTO issued the '376 patent, titled "Preparation of and Formulation Comprising a MEK inhibitor."  The '376 patent is duly and legally assigned to Array.  A copy of the '376 patent is Exhibit B hereto.

17.     The '376 patent contains claims directed to methods of treating a cancer in a patient in need thereof using crystallized binimetinib.

**The '944 Patent**

18.     On May 29, 2018, the USPTO issued the '944 patent, titled "Preparation of and Formulation Comprising a MEK inhibitor."  The '944 patent is duly and legally assigned to Array.  A copy of the '944 patent is Exhibit C hereto.

19.     The '944 patent contains claims directed to methods of treating melanoma using crystallized binimetinib.

**Orange Book Listing for MEKTOVI**

20.     Array holds approved New Drug Application ("NDA") No. 210498 for 15 mg binimetinib tablets, which Array sells under the registered name MEKTOVI.  As stated in Array's FDA approved label for MEKTOVI ("Mektovi Label"), the drug is indicated, in combination with encorafenib, for the treatment of patients with unresectable or metastatic melanoma with a BRAF V600E or V600K mutation, as detected by an FDA-approved test.

21.     Pursuant to 21 U.S.C. § 355(b)(1) and the regulations the FDA has promulgated pursuant thereto, the Mektovi Patents are listed in the FDA publication titled "Approved Drug Products with Therapeutic Equivalence Evaluations" (the "Orange Book") with respect to MEKTOVI.

22.     The Orange Book lists the expiration date for the '016, '376, and '944 patents as October 18, 2033.

23.     The Orange Book lists seven additional patents for MEKTOVI: U.S. Patent Nos. 9,314,464 (expiring July 4, 2031), 9,850,229 (expiring August 27, 2030), 10,005,761 (expiring August 27, 2030); 7,777,050 (expired March 13, 2023); 8,178,693 (expired March 13, 2023); 8,193,229 (expired March 13, 2023); and 8,513,293 (expired March 13, 2023). Defendant's Paragraph IV notice does not address these seven patents.

**Defendant's ANDA**

24.     By letter dated August 8, 2022 (the "Teva Notice Letter"), Defendant notified Array that Defendant had submitted ANDA No. 217509 to the FDA, seeking approval under the Federal Food, Drug and Cosmetic Act to market and sell Teva's ANDA Product prior to the expiration of the Mektovi Patents.

25.     The Teva Notice Letter states that ANDA No. 217509 contains a Paragraph IV certification under 21 U.S.C. § 355(j), alleging that the claims of the Mektovi Patents are invalid, unenforceable, and/or will not be infringed by the commercial manufacture, use, and/or sale of Teva's ANDA Product.

26.     The Teva Notice Letter states that through ANDA No. 217509, Defendant seeks to obtain approval from the FDA to market binimetinib tablets, 15 mg, prior to the expiration of the Mektovi Patents.

27.     Attached to the Teva Notice Letter was Defendant's Detailed Statement ("Teva's Detailed Statement") alleging the factual and legal bases for why Defendant contends that the Mektovi Patents are invalid, unenforceable, and/or will not be infringed by the manufacture, use, offer for sale, and/or sale of Teva's ANDA Product.

28.     Teva's Detailed Statement asserts that Teva's ANDA Product will not infringe any claims '016, '376, and '944 patents.

29.    Teva's Detailed Statement also asserts that claims 11–15 of the '016 patent and all claims of the '376, and '944 patents are invalid as obvious.

## COUNT I
### (Infringement of the '016 Patent)

30.    The allegations of paragraphs 1-29 above are repeated and re-alleged as if set forth fully herein.

31.    Pursuant to 35 U.S.C. § 271(e)(2)(A), Defendant's submission of ANDA No. 217509 seeking approval to market Teva's ANDA Product was an act of infringement of at least one claim of the '016 patent entitling Plaintiff to the relief provided by 35 U.S.C. § 271(e)(4), including, *inter alia*, an order of this Court that the effective date of approval for ANDA No. 217509 be a date which is not earlier than the expiration date of the '016 patent.

32.    Defendant had knowledge of the '016 patent when it submitted ANDA No. 217509 to the FDA.

33.    Teva's ANDA Product contains at least some "crystallized" binimetinib.

34.    On information and belief, Defendant intends to engage in the manufacture, use, offer for sale, sale, and/or importation of Teva's ANDA Product which will infringe at least claim 11 of the '016 patent.

35.    The foregoing actions by Defendant constitute and/or would constitute infringement of at least claim 11 of the '016 patent.

36.    Plaintiff will be substantially and irreparably harmed if Defendant is not enjoined from infringing the '016 patent.  Plaintiff has no adequate remedy at law.

## COUNT II
### (Infringement of the '376 Patent)

37.    The allegations of paragraphs 1-36 above are repeated and re-alleged as if set forth fully herein.

38.    Pursuant to 35 U.S.C. § 271(e)(2)(A), Defendant's submission of ANDA No. 217509 seeking approval to market Teva's ANDA Product was an act of infringement of at least one claim of the '376 patent entitling Plaintiff to the relief provided by 35 U.S.C. § 271(e)(4), including, *inter alia*, an order of this Court that the effective date of approval for ANDA No. 217509 be a date which is not earlier than the expiration date of the '376 patent.

39.    On information and belief, the proposed labeling and/or package insert submitted with ANDA No. 217509 copies the indication in Array's Mektovi Label and states that Teva's ANDA Product is indicated, in combination with encorafenib, for the treatment of patients with unresectable or metastatic melanoma with a BRAF V600E or V600K mutation, as detected by an FDA-approved test.

40.    Defendant had knowledge of the '376 patent when it submitted ANDA No. 217509 to the FDA.

41.    Teva's ANDA Product contains at least some "crystallized" binimetinib.

42.    On information and belief, Defendant intends to engage in the manufacture, use, offer for sale, sale, and/or importation of Teva's ANDA Product with the proposed labeling.

43.    The use of Teva's ANDA Product in accordance with and as directed by Defendant's proposed labeling will infringe at least claim 1 of the '376 patent.

44.    On information and belief, Defendant intends to actively induce infringement of at least claim 1 of the '376 patent.

7

45. On information and belief, Defendant intends to contribute to the infringement of at least claim 1 of the '376 patent.

46. On information and belief, Defendant knows that Teva's ANDA Product and the proposed labeling are especially made or adapted for use in infringing at least one claim of the '376 patent and that Teva's ANDA Product and the proposed labeling are not suitable for any substantial noninfringing use.

47. The foregoing actions by Defendant constitute and/or would constitute infringement of at least claim 1 of the '376 patent, active inducement of infringement of at least claim 1 of the '376 patent, and/or contribution to the infringement by others of at least claim 1 of the '376 patent.

48. Plaintiff will be substantially and irreparably harmed if Defendant is not enjoined from infringing the '376 patent. Plaintiff has no adequate remedy at law.

**COUNT III**
**(Infringement of the '944 Patent)**

49. The allegations of paragraphs 1-48 above are repeated and re-alleged as if set forth fully herein.

50. Pursuant to 35 U.S.C. § 271(e)(2)(A), Defendant's submission of ANDA No. 217509 seeking approval to market Teva's ANDA Product was an act of infringement of at least one claim of the '944 patent entitling Plaintiff to the relief provided by 35 U.S.C. § 271(e)(4), including, *inter alia*, an order of this Court that the effective date of approval for ANDA No. 217509 be a date which is not earlier than the expiration date of the '944 patent.

51. On information and belief, the proposed labeling and/or package insert submitted with ANDA No. 217509 copies the indication in Array's Mektovi Label and states that Teva's

8

ANDA Product is indicated, in combination with encorafenib, for the treatment of patients with unresectable or metastatic melanoma with a BRAF V600E or V600K mutation, as detected by an FDA-approved test.

52.    Defendant had knowledge of the '944 patent when it submitted ANDA No. 217509 to the FDA.

53.    Teva's ANDA Product contains at least some "crystallized" binimetinib.

54.    On information and belief, Defendant intends to engage in the manufacture, use, offer for sale, sale, and/or importation of Teva's ANDA Product with the proposed labeling.

55.    The use of Teva's ANDA Product in accordance with and as directed by Defendant's proposed labeling will infringe at least claim 1 of the '944 patent.

56.    On information and belief, Defendant intends to actively induce infringement of at least claim 1 of the '944 patent.

57.    On information and belief, Defendant intends to contribute to the infringement of at least claim 1 of the '944 patent.

58.    On information and belief, Defendant knows that Teva's ANDA Product and the proposed labeling are especially made or adapted for use in infringing at least one claim of the '944 patent and that Teva's ANDA Product and the proposed labeling are not suitable for any substantial noninfringing use.

59.    The foregoing actions by Defendant constitute and/or would constitute infringement of at least claim 1 of the '944 patent, active inducement of infringement of at least claim 1 of the '944 patent, and/or contribution to the infringement by others of at least claim 1 of the '944 patent.

60. Plaintiff will be substantially and irreparably harmed if Defendant is not enjoined from infringing the '944 patent. Plaintiff has no adequate remedy at law.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests the following relief:

A. A judgment that Defendant's submission of ANDA No. 217509 to the FDA was an act of infringement of the '016, '376, and '944 patents and that Defendant's making, using, offering to sell, selling or importing Teva's ANDA Product prior to the expiration of the '016, '376, and '944 patents will infringe, actively induce infringement, and/or contribute to the infringement of the '016, '376, and '944 patents;

B. A judgment that the effective date of any FDA approval for Defendant to make, use, offer for sale, sell, market, distribute, or import Teva's ANDA Product be no earlier than the latest of the dates on which the '016, '376, and '944 patents expire, or the later expiration of any exclusivity to which Plaintiff is or becomes entitled;

C. A permanent injunction enjoining Defendant, its officers, agents, servants, and employees, and those persons in active concert or participation with any of them, from making using, selling, offering for sale, marketing, distributing, or importing Teva's ANDA Product, and from inducing or contributing to any of the foregoing, prior to the expirations of the '016, '376, and '944 patents, or the later expiration of any exclusivity to which Plaintiff is or becomes entitled;

D. A judgment that this case is an exceptional case under 35 U.S.C. § 285, entitling Plaintiff to an award of its reasonable attorneys' fees for bringing and prosecuting this action;

E.      An award of Plaintiff's costs and expenses in this action; and

F.      Such further and additional relief as this Court deems just and proper.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

OF COUNSEL:

Aaron Stiefel
Daniel P. DiNapoli
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY  10019-9710
(212) 836-8000

David C. McMullen, PhD
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC  20001
(202) 942-5000

June 8, 2023

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiff*

11